Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
JOSE VEGA MENDOZA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>JOSE VEGA MENDOZA<br>               Defendant | CASE NO. 16-178-MCE<br>CASE NO. 16-196 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER TO CONTINUE CASE TO 8/17/17.(AMENDED) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant Gerardo Jimenez, represented by Attorney Dina Santos, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 10, 2017.

2. By this stipulation, defendant now moves to continue the status conference until August 17, 2017, and to exclude time between August 10, 2017, and August 17, 2017, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The Government has provided a draft plea agreement and the Defense requires time to review the plea agreement, confer with the client, travel to Nevada City to meet with client with a certified Spanish interpreter, and to otherwise prepare for trial. The government does not object to the continuance.

    b) Based on the above-stated findings, the ends of justice served by continuing the

Stip. & Order Continuing Status Conf. & Excluding
Time Periods Under Speedy Trial Act

1

case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    c) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 10, 2017, to August 17, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 8, 2017

PHILLIP TALBERT
United States Attorney

/s/ Katherine Lydon
KATHERINE LYDON
Assistant United States Attorney

Dated: August 8, 2017

/s/ Dina L. Santos
DINA SANTOS, ESQ.
Attorney for Jose Vega Mendoza

**ORDER**

IT IS SO ORDERED.

Dated: August 9, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE